## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Lee, Antonio L

Printed:  4/8/08

Case Number:  07 B 18959
Judge:  Hollis, Pamela S
Filed:  10/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: February 25, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 3. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 4. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 5. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 6. | Citi Residential Lending | Secured | 5,200.00 | 0.00 |
| 7. | Litton Loan Servicing | Secured | 3,924.12 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 1.00 | 0.00 |
| 9. | Target National Bank | Unsecured | 15.64 | 0.00 |
| 10. | Mohawk | Unsecured | 393.55 | 0.00 |
| 11. | Empire | Unsecured | 618.18 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 1.77 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 98.60 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 55.06 | 0.00 |
| 15. | Westlake Financial Services | Secured | | No Claim Filed |
| 16. | Westlake Financial Services | Unsecured | | No Claim Filed |
| 17. | Chase Bank | Unsecured | | No Claim Filed |
| 18. | City Of Chicago | Unsecured | | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Encore | Unsecured | | No Claim Filed |
| 22. | GE Money Bank | Unsecured | | No Claim Filed |
| 23. | Lease Finance Group | Unsecured | | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 25. | Omnium Worldwide | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Lee, Antonio L

Printed:  4/8/08

Case Number:  07 B 18959
Judge:  Hollis, Pamela S
Filed:  10/15/07

| | | | |
|---|---|---|---|
| 26. | Resmae Mortgage Corp | Unsecured | No Claim Filed |
| 27. | Peoples Energy Corp | Unsecured | No Claim Filed |
| 28. | Alliance One | Unsecured | No Claim Filed |
| 29. | Village of Richton Park | Unsecured | No Claim Filed |
| 30. | Retreiver | Unsecured | No Claim Filed |
| 31. | Village Of Olympia Fields | Unsecured | No Claim Filed |

_____                    _____
$ 10,307.92                       $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate                Total Fees

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____